**Order entered October 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00173-CV

**ROBERT J. PITRE AND JORDAN PITRE, Appellants**

**V.**

**JOHN T. SHARP, AS ATTORNEY IN FACT FOR THOMAS H. SHARP, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05074**

## ORDER

We **GRANT** appellants' October 12, 2015 motion for extension of time to file a reply

brief. We **ORDER** the brief be filed no later than October 22, 2015.

/s/      CRAIG STODDART
           JUSTICE